Argued September 23, affirmed September 23, 1971

## STATE OF OREGON, *Respondent, v.* CARL WILLIAM LOVINS, *Appellant.*

488 P2d 851

*Jack E. Collier,* Portland, argued the cause and filed the brief for appellant.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.